NOT RECOMMENDED FOR FULL-TEXT PUBLICATION
File Name: 05a0416n.06
Filed: May 18, 2005
No. 03-4507 & 04-3292

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| ZAKE KOLJCEVIC, | ) | |
| | ) | |
|    Petitioner-Appellant, | ) | **ON PETITION** FOR REVIEW |
| | ) | OF AN ORDER OF THE |
| | ) | BOARD OF IMMIGRATION |
| | ) | APPEALS |
| | ) | |
| ALBERTO GONZALEZ, Attorney | ) | |
| General of the United States of America, | ) | **MEMORANDUM** |
| | **)** | **OPINION** |
|    Respondent-Appellee, | ) | |
| | ) | |
| _____ | ) | |

**Before: NORRIS** and **BATCHELDER , Circuit Judges, and MILLS, District Judge.**[*]

**PER CURIAM.** Petitioner Zake Koljcevic appeals the Board of Immigration Appeal's (the "BIA") decision to deny her appeal for relief under the Convention Against Torture.

Upon consideration of the record, the parties' briefs, and the relevant law, we are not persuaded that the BIA erred in dismissing Ms. Koljcevic's motion to

---

[*] The Honorable Richard Mills, United States District Judge for the Central District of Illinois, sitting by designation.

1

reopen her petition.  The BIA correctly found that Ms. Koljcevic's motion was untimely and that she failed to show prejudice.  Thus, a detailed written opinion by this Court would serve no useful purpose.

The BIA's decision is AFFIRMED.